IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER: 7:13-CR-00001-HL |
| | : | |
| JARRETT J. SUTTON and | : | |
| NYNESON S. JEUDY | : | |
| _____ | : | |

## ORDER OF CONTINUANCE

Defendants were indicted on January 9, 2013. Sutton's initial appearance and was held on March 8, 2013 and his arraignment was held on March 19, 2013; Jeudy's initial appearance and arraignment were on March 27, 2013. Defendant Sutton is not in custody, having been released on bond. Defendant Jeudy is currently detained based on a current state sentence.

The parties have engaged in discovery and continue to actively engage plea negotiations aimed at resolving the matter. The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this __22nd__ day of __April__, 2013.

                                                             s/Hugh Lawson
                                                           HUGH LAWSON
                                                           UNITED STATES DISTRICT JUDGE

Presented by:
/s/ROBERT D. McCULLERS
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY