IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NYNESON S. JEUDY, | * |
| Petitioner, | * |
| v. | Case No. 7:13-CR-1(HL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 18th day of November, 2021.

David W. Bunt, Clerk

s/ Sandra B. DeCesare, Deputy Clerk